MORGAN, LEWIS & BOCKIUS LLP
Megan A. Suehiro, Bar No. 316104
megan.suehiro@morganlewis.com
Jesse C. Gonzalez, Bar No. 358281
jesse.gonzalez@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
COMPARE.COM INSURANCE AGENCY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANISSA STEELE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPARE.COM INSURANCE AGENCY, LLC,<br><br>Defendant. | Case No. 2:26-cv-01716-WBS-AC<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND DEFENDANT COMPARE.COM INSURANCE AGENCY, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge:     Hon. William B. Shubb<br><br>Complaint Filed: May 5, 2026 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING SECOND
STIPULATION
CASE NO.: 2:26-CV-01716-WBS-AC

## <u>ORDER</u>

The Court, having considered the Parties' Second Stipulation to Extend Defendant Compare.com Insurance Agency, LLC's Time to Respond to Plaintiff's Complaint (the "Stipulation"), and good cause appearing therefor, hereby **GRANTS** the Stipulation and orders that Defendant's deadline to file a responsive pleading to the Complaint is extended through and including July 27, 2026.

**IT IS SO ORDERED.**

Dated:  June 25, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING SECOND
STIPULATION
CASE NO.: 2:26-CV-01716-WBS-AC